UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

- against -

€9,145,000.00 IN EUROPEAN UNION
CURRENCY, CONVERTED INTO
$12,128,455.50 IN UNITED STATES
CURRENCY, MORE OR LESS,

    Defendant.

Civil Case No:
08-20368-CIV-KING/GARBER

## STIPULATED CONSENT JUDGMENT AND FINAL ORDER OF FORFEITURE

The United States of America ("United States"), by and through its attorneys, Richard Weber, Chief, Asset Forfeiture and Money Laundering Section, United States Department of Justice Criminal Division, and Lea A. Carlisle, Trial Attorney, together with Giroamerica, S.A. ("Claimant"), by and through its attorney, Norman A. Moscowitz, Esq., hereby submit this Stipulated Consent Judgment and Final Order of Forfeiture, and incorporate the Memorandum of Agreement entered into by and between United States and Claimant:

WHEREAS, a Complaint for Forfeiture was filed on February 12, 2008 alleging that the defendant currencies were subject to forfeiture pursuant to 18 U.S.C. § 983 to enforce 18 U.S.C. § 981(a)(1)(A) and (C) and pursuant to 21 U.S.C. § 881(a)(6);

WHEREAS, a verified claim was filed by Norman A. Moscowitz, Esq., on behalf of

Page 1

Claimant, on March 19, 2008 with this Court;

WHEREAS, the United States and the Claimant (hereinafter jointly referred to as the "Parties"), are aware of their respective rights and wish to resolve this matter without further litigation and expense, and without an admission or denial by either party regarding the facts and circumstances of the seizures at issue in this proceeding.

NOW THEREFORE, the Parties hereby stipulate and agree as follows:

1. This is an in rem civil forfeiture action brought pursuant to 18 U.S.C. § 983 to enforce 18 U.S.C. § 981(a)(1)(A) and (C) and pursuant to 21 U.S.C. § 881(a)(6).

2. This Court has jurisdiction to hear this action pursuant to 28 U.S.C. §§ 1331, 1345 and 1355.

3. Venue is proper in this district pursuant to 28 U.S.C. §§ 1355(b)(1) & 1395, as the property was seized in the Southern District of Florida.

4. This Court has jurisdiction over the subject matter and the Parties.

5. The Memorandum of Agreement is hereby incorporated by reference and made a part hereof.

6. The Parties stipulate that Two Million, Fifty-Seven Thousand, Five Hundred Fifty-Eight Dollars and Forty-Five Cents ($2,057,558.45), plus the interest actually earned, in United States Currency ("Returned Currency") will be returned to Claimant.

7. The United States hereby agrees not to institute any civil or criminal forfeiture action against the Returned Currency.

8. The Parties further stipulate that the remaining portion of the defendant currencies, specifically Two Hundred Twenty-Eight Thousand, Six Hundred Seventeen Dollars, and

Sixty Cents ($228,617.60) in United States Currency, plus any interest that may have accrued on the $228,617.60, shall be **FORFEITED** to the United States. Further, any right, title or interest of Claimant and its successors and assigns, and any right, title and ownership interest of all other persons in the portion of the defendant currencies that is being forfeited to the United States ($228,617.60) is hereby and forever **EXTINGUISHED**. Clear title to said currency shall hereby be **VESTED** in the United States, and the United States Marshal, or his delegate, is **AUTHORIZED** to dispose of such currency according to law.

9. Following entry of this Consent Judgment and Final Order of Forfeiture, the United States Marshals Service for the Southern District of Florida, or its delegate, shall disburse a total of Two Million, Fifty-Seven Thousand, Five Hundred Fifty-Eight Dollars and Forty-Five Cents ($2,057,558.45) plus interest accrued to Giroamerica, S.A. via check made out in the following manner: To Moscowitz & Moscowitz, P.A. Trust Account, as attorneys for Giroamerica, S.A., with Claimant's name in the Memo, and the check will be sent to Claimant's counsel Norman A. Moscowitz, Esq. at Moscowitz & Moscowitz, P.A., 1111 Brickell Avenue, Suite 2050, Miami, Florida 33131.

10. This Stipulated Consent Judgment and Final Order of Forfeiture partially resolves this matter, specifically United States District Court Civil Matter No. 08-CIV-20368, entitled U. S. v. €9,145,000.00 In European Union Currency, Converted Into $12,128,455.50 In United States Currency, More Or Less, with regard to €1,723,500.00, converted to $2,286,176.05 more or less in United States currency. Upon issue of the check as described in Paragraph 9 above, this Court's jurisdiction over €1,723,500.00, converted to

$2,286,176.05, shall be dismissed **WITH PREJUDICE**. The Parties agree that this Court will retain jurisdiction over this matter for a period of one hundred twenty (120) days following entry of this Stipulated Consent Judgment and Final Order of Forfeiture for purposes of enforcement of the terms of this Order.

11. Each of the Parties to this Stipulation has discussed this consent judgment with its respective counsel, and each is aware of its rights in this matter. The Parties agree that each party shall bear its own costs and attorney fees in this matter.

**WHEREFORE**, the Parties stipulate to entry of this Stipulated Consent Judgment and Final Order of Forfeiture.

Agreed as to form and substance:
RICHARD WEBER, Chief
Asset Forfeiture and Money Laundering Section
U.S. Department of Justice, Criminal Division

_____
Lea A. Carlisle
Trial Attorney
Asset Forfeiture and Money Laundering Section
U.S. Department of Justice, Criminal Division
1400 New York Ave, NW, Suite 10100
Washington, DC 20530
(202) 514-0007
lea.carlisle@usdoj.gov

Dated: 5/7/08

_____
Norman A. Moscowitz, Esq.
Attorney for Claimant
Moscowitz & Moscowitz, P.A.
111 Brickell Avenue, Suite 2050
Miami, Florida 33131
(305) 379-8300

Dated: 4/28/08

***************************
**IT IS SO ORDERED.**

_____
HON. JAMES LAWRENCE KING
United States District Judge

Dated: 5/8/08

Page 4